## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT DELANEY, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | |
| CHARLES D. BAKER, in his official capacity as Governor of Massachusetts, | REQUEST FOR ORAL ARGUMENT |
| Defendant | |

### PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Vincent Delaney, hereby moves the Court, pursuant to Fed.
R. Civ. P. 65 (b) , for a temporary restraining order and/or a preliminary
injunction against the continued application and enforcement of c. 639 of
The Acts of 1950, the Massachusetts Civil Defense Act, as well as the
continued enforcement of Executive Orders issued pursuant thereto.
Additionally, restrain, enjoin and prohibit the enforcement of Executive
Order No. 31 and Executive Order No. 33 issued by the Defendant on May
1, 2020 and May 18, 2020, respectively, as their provisions pertain to
Plaintiff and all others similarly situated in being forced to wear masks or

facial coverings and from being substantially burdened in attempting to attend religious services by severely limiting the number of attendees who can be present at Holy Mass. Plaintiff makes these requests on the grounds that Defendant unlawfully invoked the Massachusetts Civil Defense Act on March 10, 2020 and that by doing so, the Executive Orders at issue, facially or as applied, violate the constitutional rights of the Plaintiff under the First, Fifth, Ninth and Fourteenth Amendments to the U. S. Constitution as well as Article 2 of the Massachusetts Declaration of Rights.

In support of his Motion, Plaintiff relies on his Verified Complaint and the Exhibits attached thereto and the Memorandum of Law in Support thereof submitted herewith.

Because of the continuing applicability and enforcement of the above Orders, Plaintiff respectfully requests that the Court schedule a hearing on his application for a TRO as soon as possible and firmly believes that oral arguments will assist the Court in its understanding of the issues herein and the continued infringement upon Plaintiff's critically important  constitutional rights.

WHEREFORE, for all of the above stated reasons, Plaintiff respectfully prays that the Court grant his Motion and issue the requested relief herein.

Respectfully submitted,
Vincent Delaney,
By his attorney,


/s/ Thomas O. Mason

Thomas O. Mason, Esq. (BBO # 559263)
Law Office of Thomas O. Mason
19 Wells Place
Lynn, MA 01902
Telephone: (781) 599-2689
Email: tm715@aol.com

Date: June 17, 2020