UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT DELANEY, ) | CIVIL ACTION NO. 1:20-cv-11154-WGY |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| CHARLES D. BAKER, in his ) | |
| official capacity, ) | |
| ) | |
| Defendant, ) | |

## PLAINTIFF'S WITHDRAWAL OF MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER

Plaintiff, Vincent Delaney, hereby withdraws his Motion For Emergency Temporary Restraining Order filed on June 18, 2020. Plaintiff states as reasons therefore the following:

1. The parties have conferred and discussed the issues herein which have been narrowed.

2. Plaintiff instead is simultaneously filing a Motion For Preliminary Injunction as agreed upon by the parties.

Respectfully submitted,
Vincent Delaney,
By his attorney,

/s/ Thomas O. Mason

———————————

Thomas O. Mason, Esq. (BBO # 559263)
Law Office of Thomas O. Mason
19 Wells Place
Lynn, MA 01902
Telephone: (781) 599-2689

Date: July 31, 2020    Email: tm715@aol.com

## CERTIFICATE OF SERVICE

I, Thomas O. Mason, hereby certify that this document, filed through the Court's ECF system on July 31, 2020, will be sent electronically to defendant's counsel through the ECF system.

/s/ Thomas O. Mason

———————————
Attorney For Plaintiff, Vincent Delaney